# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:19-cv-00240-MR

| | |
|---|---|
| DAVID OPPENHEIMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| JOSEPH RILEY JOHNSON, ) | |
| HIGHLANDS AT CULLOWHEE, LLC, ) | |
| and JOMCO, INC., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Plaintiff initiated this action against the Defendants Joseph Riley Johnson, Highlands at Cullowhee, LLC, and JOMCO, Inc. on August 13, 2019. [Doc. 1]. In October 2019, the Plaintiff filed affidavits of service, indicating that the Defendants had been served. [Docs. 7, 8, 9]. To date, however, the Defendants have not made an appearance or otherwise defended this action, and the Plaintiff appears to have made no effort to prosecute the action further against the Defendants.

The Court will allow the Plaintiff fourteen (14) days to file an appropriate motion or otherwise take further action with respect to the Defendants. The

Plaintiff is advised that failure to take further action against the Defendants will result in the dismissal of his claims against them.

**IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Plaintiff shall file an appropriate motion or otherwise take further action with respect to the Defendants.  **The Plaintiff is advised that failure to take further action against the Defendants will result in the dismissal of his claims against them.**

**IT IS SO ORDERED.**

Signed: December 3, 2019

Martin Reidinger
United States District Judge