**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

| | | |
|---|---|---|
| **DAVID OPPENHEIMER,** | ' | |
| **Plaintiff,** | ' | **CA No. 1:19-cv-240-MR** |
| | ' | |
| | ' | |
| **v.** | ' | |
| | ' | |
| **JOSEPH RILEY JOHNSON;** | ' | |
| **HIGHLANDS AT** | ' | |
| **CULLOWHEE, LLC; and** | ' | |
| **JOMCO, INC.** | ' | |
| **Defendants.** | ' | |

---

## ENTRY OF CLERK'S DEFAULT

---

THIS CAUSE COMING BEFORE THE COURT for entry of default by the Clerk pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and upon the application of the Plaintiff for entry of default against Defendants, Joseph Riley Johnson ("Johnson"), Highlands at Cullowhee, LLC ("HaC"), and JOMCO, Inc. ("JOMCO") (collectively, "Defendants").

IT APPEARING TO THE COURT that the named Defendants, Johnson, HaC, and JOMCO are in default for failing to plead or otherwise defend this action as required by laws.

NOW THEREFORE, default is hereby entered on this 10th day of December, 2019 against Defendants Joseph Riley Johnson, Highlands at Cullowhee, LLC, and JOMCO, Inc.

_Frank G. Johns_
_____
*Frank G. Johns, Clerk*