# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:19-cv-00240-MR

| | |
|---|---|
| DAVID OPPENHEIMER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSEPH RILEY JOHNSON, ) <br> HIGHLANDS AT CULLOWHEE, LLC, ) <br> and JOMCO, INC., ) <br> ) <br> Defendants. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

The Plaintiff initiated this action on August 13, 2019. [Doc. 1]. On December 10, 2019, the Clerk made an entry of default against the Defendants. Since that date, however, the Plaintiff appears to have made no effort to prosecute the action further.

Accordingly, **IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Plaintiff shall file an appropriate motion or otherwise take further action with respect to the Defendants. The Plaintiff is advised that failure to take further action against the Defendants will result in the dismissal of this action.

**IT IS SO ORDERED.**

Signed: April 3, 2020

Martin Reidinger
United States District Judge