# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| DAVID OPPENHEIMER, | ) | DEFAULT JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:19-cv-00240-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSEPH RILEY JOHNSON, | ) | |
| HIGHLANDS AT CULLOWHEE, LLC, | ) | |
| and JOMCO, INC., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Default Judgment is hereby entered in accordance with the Court's July 23, 2020 Memorandum of Decision and Order.

July 23, 2020

Frank G. Johns, Clerk
United States District Court